BRIAN QUINN
 Chief Justice

 JAMES T. CAMPBELL
 Justice

 MACKEY K. HANCOCK
 Justice

 PATRICK A. PIRTLE
 Justice | |Court of Appeals

 Seventh District of Texas
 Potter County Courts Building
 501 S. Fillmore, Suite 2-A
 Amarillo, Texas 79101-2449
 www.7thcoa.courts.state.tx.us | |
 PEGGY CULP
 CLERK

 MAILING ADDRESS:
 P. O. Box 9540
 79105-9540

 (806) 342-2650 | |
 March 11, 2009

|David E. Keltner, Dee J. Kelly |Ben L. Mesches, Karen S. Precella, |
|Jr., Donald E. Herrmann, E. Glen |David J. Drez III, Thomas E. Kurth |
|Johnson, Michael D. Anderson |HAYNES AND BOONE, LLP |
|KELLY HART & HALLMAN LLP |201 Main Street, Suite 2200 |
|201 Main Street, Suite 2500 |Fort Worth, TX 76102 |
|Fort Worth, TX 76102 | |
| |Robert L. Duncan |
|Joe L. Lovell, John H. Lovell, |CRENSHAW, DUPREE & MILAM |
|Kevin Isern |P. O. Box 1499 |
|LOVELL, LOVELL, NEWSOM & ISERN, |Lubbock, TX 79408 |
|L.L.P. | |
|112 W. 8th Avenue, Suite 1000 |Scott Sherwood |
|Eagle Centre Building |SHERWOOD & SHERWOOD |
|Amarillo, TX 79101 |303 Euclid |
| |Panhandle, TX 79068 |

 Dear Counsel:

 The Court this day disposed of Cause No. 07-07-00321-CV, styled
 Burnett Ranches, Ltd. et al. AND Texas Christian University V. Cano
 Petroleum, Inc. et. al. Enclosed are copies of the Court's opinion
 and judgment. Tex. R. App. P. 48.

 In addition, pursuant to Texas Government Code, Sec.
 51.204(b)(2), exhibits on file with this Court, if any, will be
 destroyed three years after final disposition of the case or at an
 earlier date if ordered by the Court.
 Very truly yours,

 PEGGY CULP, CLERK

 By:___________________
|xc: |Celeste Bichsel |
| |David M. McCoy |
| |Lexis/Nexis |
| |Lois, Inc. |
| |State Bar of Texas |
| |West Publishing |